ney General Sonnett, Paul A. Sweeney and Joseph B. Goldman for the United States.

No. 1112. MOFFITT v. UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. John B. Dudley and Robert K. Everest for petitioner. Solicitor General McGrath, Robert S. Erdahl and Beatrice Rosenberg for the United States.

No. 1113. COUNTY OF MARIN v. PEDROTTI ET AL. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Carlos R. Freitas for petitioner. Harold C. Faulkner and A. J. Zirpoli for respondents.

No. 1127. HASTINGS MANUFACTURING Co. v. FEDERAL TRADE COMMISSION. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Laurence A. Masselink for petitioner. Solicitor General McGrath, Assistant Attorney General Berge, Charles H. Weston, W. T. Kelley and Walter B. Wooden for respondent.

No. 1137. STONE, TRADING AS STONE TOWING LINE, v. DIAMOND STEAMSHIP TRANSPORTATION CORP. ET AL. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. John W. Oast, Jr. for petitioner. Paul Speer for the Diamond Steamship Transportation Corp., and Thomas H. Middleton for the Texas Gulf Sulphur Co., respondents.